**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **552 Ovington LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-1970683** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9322 3rd Ave**<br>**Ste 502**<br>**Brooklyn, NY 11209-6802**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    552 Ovington LLC
_____    Case number (if known) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__531311__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    __552 Ovington LLC_____     Case number (if known) _____
           Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☑ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **552 Ovington LLC**  
        Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 11, 2018**  
              MM / DD / YYYY

X _____  
Signature of authorized representative of debtor

**Tim Ziss**  
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date  **July 11, 2018**  
      MM / DD / YYYY

**Kevin J. Nash**  
Printed name

**Goldberg Weprin Finkel Goldstein LLP**  
Firm name

**1501 Broadway 22nd Floor**  
**New York, NY 10036**  
Number, Street, City, State & ZIP Code

Contact phone  **(212) 221-5700**   Email address  **knash@gwfglaw.com**

**Kevin J. Nash**  
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

522 Ovington LLC,                                               Case No.

                              Debtor.
--------------------------------------------------------------x

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF KINGS          )

    Tim Ziss declares the following under penalties of perjury pursuant to 28 U.S.C. §
1746:

    1.  I am the sole member and manager of 522 Ovington LLC (the "Debtor").
I submit this Declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the
Debtor's filing of a voluntary petition under Chapter 11 of the Bankruptcy Code.

### Events Leading to the Chapter 11 Filing

    2.  The Debtor is the owner of certain vacant land located at 552 Ovington
Avenue, Brooklyn, NY (the "Property"), which it acquired in 2016 following a foreclosure sale
from the foreclosing third mortgagee, known as Congregation Imrei Yehuday (the "Third
Mortgagee").

    3.  At the time of the foreclosure, the Property was also subject to prior
mortgages held by Federal National Mortgage Association or its successor, Green Tree Servicing
LLC ("Green Tree"), and Fairmont Funding LLC ("Fairmont"). While the Debtor received a
deed to the Property from the Third Mortgagee against grantor's acts, may have cut off the rights
of the senior creditors

4.      A foreclosure action was commenced in the Supreme Court, Kings County, by the first mortgagee in 2010.  Green Tree obtained a judgment of foreclosure and sale on January 30, 2018, and has scheduled a sale of the Property for July 12, 2018.

5.      According to the judgment, the amount owed to Green Tree is $587,668.44.  Upon information and belief, the principal amount of the second mortgage claim held by Fairmont is approximately $194,157.03.  The fair market value of the Property still needs to be determined, but the situation is worth attempting to restructure.

6.      Accordingly, the Debtor is filing this Chapter 11 petition to stay the foreclosure sale.

7.      The Debtor has already invested substantial time, money and effort in connection with the Property, and believes that the senior lenders may be amenable to discounted pay-offs.

### Assets and Capital Structure

8.      Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the Debtor's current creditors is attached to the Petition.  The Debtor has two secured creditors as noted above, and its pre-petition debt largely consists of loans to an affiliate of the Debtor for the acquisitions costs, as well as less than $4,000 in disputed claims held by the City of New York for alleged ECB violations, real estate taxes and Department of Building charges.

9.      The Property is approximately 5,000 square feet of vacant land, generating no income.  The Debtor also maintains a checking account with a minimal balance at Capital One Bank.

10.     The Debtor's books and records are maintained through at the offices of the undersigned.

11.     There are no employees, and I do not take a salary.  I do not anticipate any

expenses during the first 30 days of the case.

Dated: New York, New York
          July 11, 2018

                                        522 Ovington LLC


                                        By:        _____
                                                   Name: Tim Ziss
                                                   Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                    Chapter 11

552 Ovington LLC,                                         Case No.

                              Debtor.
---------------------------------------------------------------x

## LIMITED LIABILITY COMPANY RESOLUTION

At a special meeting of members of 552 Ovington LLC (the "Company") held on

July 11, 2018 and upon the unanimous consent of the members after motion duly made and carried,

it was:

> **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
       July 11, 2018

                         552 Ovington LLC

                         By: _____
                             Name: Tim Ziss
                             Title:  Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

552 Ovington LLC,                                         Case No.

                              Debtor.
-------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, 437 88 LLC certifies that

it is a private non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.

Dated: New York, New York
       July 11, 2018

                                        552 Ovington LLC

                              By: _____
                                  Name: Tim Ziss
                                  Title:  Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                      Chapter 11

552 Ovington LLC,                                           Case No.

                            Debtor.
-------------------------------------------------------------------x

## <u>LIST OF EQUITY HOLDERS</u>

Tim Ziss        100%

Dated: New York, New York
       July 11, 2018

                                        552 Ovington LLC

                            By: _____
                                Name: Tim Ziss
                                Title:   Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                          Chapter 11

552 Ovington LLC,                                               Case No.

                              Debtor.
----------------------------------------------------------------x

## LIST OF LAWSUITS

1.    Green Tree Servicing LLC
      v.      Abderrahma Ould-Khattri A/K/A Abderrahma Ould-Khattri, Mousa Khalil,
      Congregation Imrei Yehudah, Mortgage Electronic Registration Systems, Inc., Fairmont
      Funding, LTD., Margaret Ziede , New York State Department of Taxation and Finance,
      New York City Environmental Control Board, New York City Transit Adjudication
      Bureau, People of the State of New York

      Index No. 1009/2010  Supreme Court, Kings County

Dated: New York, New York
       July 11, 2018

                                     552 Ovington LLC

                         By:    _____
                                Name: Tim Ziss
                                Title:   Managing Member

Fill in this information to identify the case:

Debtor name **552 Ovington LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fairmont Funding Ltd. 1333 60th St Fl 2 Brooklyn, NY 11219-5019 | | Mortgage loan | Unliquidated | $194,157.03 | unknown | $194,157.03 |
| Green Tree Servicing LLC c/o Ditech Financial Attn: Payment 9471 Chicago, IL 60656 | | Mortgage loan | Unliquidated | $587,688.44 | unknown | $587,688.44 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | $0.00 |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Taxes | | | | $1,455.28 |
| NYC Dept of Buildings 120-55 Queens Blvd Jamaica, NY 11424 | | Potential violations | Disputed | | | $1,500.00 |
| NYC Environmental Control Board 66 John St Fl 10 New York, NY 10038-3772 | | Potential violations | Disputed | | | $1,000.00 |
| NYC Water 5917 Junction Blvd Flushing, NY 11373-5188 | | | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor | 552 Ovington LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Taxes | Unliquidated Disputed | | | $0.00 |
| Steven Cohn, Referee 16 Court St Brooklyn, NY 11241-0102 | | Professional services | Unliquidated | | | $0.00 |

Fill in this information to identify the case:

Debtor name      **552 Ovington LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 11, 2018**          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Tim Ziss**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **552 Ovington LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)       Type of account        Last 4 digits of account
                                                                                number

     3.1.  **Capital One Bank**                          Checking               2677                      $100.00

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                  $100.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 2016 CINGroup - www.cincompass.com

Debtor    __552 Ovington LLC_____    Case number *(if known)* _____
          Name

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **552 Ovington Ave, Brooklyn, NY 11209-1702** | | unknown | | unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|     |
|-----|
| $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor    552 Ovington LLC                                    Case number *(if known)* _____
           Name

| Part 10: | Intangibles and Intellectual property |

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    552 Ovington LLC _____          Case number (if known) _____
                    Name

<span style="background:black;color:white">Part 12:</span>    Summary

In Part 12 copy all of the totals from the earlier parts of the form
Type of property                                                      Current value of            Current value of real
                                                                     personal property          property

80.  Cash, cash equivalents, and financial assets.                        $100.00
     Copy line 5, Part 1

81.  Deposits and prepayments. Copy line 9, Part 2.                        $0.00

82.  Accounts receivable. Copy line 12, Part 3.                            $0.00

83.  Investments. Copy line 17, Part 4.                                    $0.00

84.  Inventory.  Copy line 23, Part 5.                                     $0.00

85.  Farming and fishing-related assets. Copy line 33, Part 6.             $0.00

86.  Office furniture, fixtures, and equipment; and collectibles.          $0.00
     Copy line 43, Part 7.

87.  Machinery, equipment, and vehicles. Copy line 51, Part 8.             $0.00

88.  Real property. Copy line 56, Part 9.............................>                        $0.00

89.  Intangibles and intellectual property. Copy line 66, Part 10.         $0.00

90.  All other assets. Copy line 78, Part 11.                      +       $0.00

91.  Total. Add lines 80 through 90 for each column            $100.00    + 91b.             $0.00

92.  Total of all property on Schedule A/B. Add lines 91a+91b=92                          $100.00

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                    page 4
Software Copyright (c) 2018 CNCroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name _____ **552 Ovington LLC** _____

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Fairmont Funding Ltd.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**552 Ovington Ave, Brooklyn, NY 11209-1702** | $194,157.03 | unknown |
| **1333 60th St Fl 2**<br>**Brooklyn, NY 11219-5019**<br>Creditor's mailing address | Describe the lien<br>_____ | | |
| | Is the creditor an insider or related party?<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Green Tree Servicing LLC**<br>**2. Fairmont Funding Ltd.** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2  Green Tree Servicing LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**552 Ovington Ave, Brooklyn, NY 11209-1702** | $587,688.44 | unknown |
| **c/o Ditech Financial**<br>**Attn: Payment 9471**<br>**Chicago, IL 60656**<br>Creditor's mailing address | Describe the lien<br>**Debt as of June 1, 2016** | | |
| | Is the creditor an insider or related party?<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |

Debtor    552 Ovington LLC                                          Case number (if know) _____
          _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Green Tree Servicing LLC** | ☐ Disputed |
| **2. Fairmont Funding Ltd.** | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$781,845.47**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkman Henoch et al<br>Eilieen M. Ryan, Esq.<br>100 Garden City Plaza<br>Garden City, NY 11530 | Line  **2.2** | |
| Ditech Financial LLC<br>Subordination Department<br>2100 E Elliot Rd Bldg 94, T-316<br>Tempe, AZ 85284-1806 | Line  **2.2** | |
| Ditech Financial LLC<br>Attention: T-120<br>7360 South Kyrene Rd<br>Tempe, AZ 85284-4583 | Line  **2.1** | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name     **552 Ovington LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NYC Dep't of Finance**<br>**Legal Affairs**<br>**345 Adams St Fl 3**<br>**Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,455.28 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    552 Ovington LLC                                          Case number *(if known)* _____
              Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3  Priority creditor's name and mailing address

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
■ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,763.35 |
|---|---|---|---|

**325 N. Broadway LLC**

9322 3rd Ave Ste 502
Brooklyn, NY 11209-6802

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**NYC Dept of Buildings**

120-55 Queens Blvd
Jamaica, NY 11424

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**NYC Environmental Control Board**

66 John St Fl 10
New York, NY 10038-3772

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes only**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYC Water**

5917 Junction Blvd
Flushing, NY 11373-5188

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes only**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $0.00 |
|---|---|---|---|

**Steven Cohn, Referee**

16 Court St
Brooklyn, NY 11241-0102

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

Debtor  __552 Ovington LLC_____     Case number (if known)  _____
           Name

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees
   of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 1,455.28 |
| 5b. Total claims from Part 2 | 5b.  + $ | 223,263.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 224,718.63 |

Fill in this information to identify the case:

Debtor name    **552 Ovington LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract    _____    _____

2.2    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract    _____    _____

2.3    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract    _____    _____

2.4    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract    _____    _____

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **552 Ovington LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | Column 2: Creditor |

| | Name | Mailing Address | | Name | Check all schedules that apply |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City    State    Zip Code | | | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **552 Ovington LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................................    $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................................    $ _____100.00_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................................    $ _____100.00_

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A *Amount of claim*, from line 3 of *Schedule D*....................    $ ____781,845.47_

3.  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................    $ _____1,455.28_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    +$ ____223,263.35_

4.  **Total liabilities** ...........................................................................................................    $ | 1,006,564.10 |
    Lines 2 + 3a + 3b

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                            Case No. _____

552 Ovington LLC _____              Chapter **11** _____
                                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and
correct to the best of their knowledge.

Date: **July 11, 2018** _____         _____
                                                 Debtor


                                                 _____
                                                 Joint Debtor


                                                 _____
                                                 Attorney for Debtor

© 2018 Cragroup 1.866.218.1023 – CINcompass (www.cincompass.com)

325 N. Broadway LLC
9322 3rd Ave Ste 502
Brooklyn, NY  11209-6802


Berkman Henoch et al
Eilieen M. Ryan, Esq.
100 Garden City Plaza
Garden City, NY  11530


Ditech Financial LLC
Attention: T-120
7360 South Kyrene Rd
Tempe, AZ  85284-4583


Ditech Financial LLC
Subordination Department
2100 E Elliot Rd Bldg 94, T-316
Tempe, AZ  85284-1806


Fairmont Funding Ltd.
1333 60th St Fl 2
Brooklyn, NY  11219-5019


Green Tree Servicing LLC
c/o Ditech Financial Attn: Payment 9471
Chicago, IL  60656

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYC Dept of Buildings
120-55 Queens Blvd
Jamaica, NY  11424


NYC Environmental Control Board
66 John St Fl 10
New York, NY  10038-3772


NYC Water
5917 Junction Blvd
Flushing, NY  11373-5188


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Steven Cohn, Referee
16 Court St
Brooklyn, NY  11241-0102