

# MANAGE YOUR CASH
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

552 OVINGTON LLC
DIP (DEBTOR IN POSSESSION)
EASTERN DISTRICT OF NY-CASE #1-18-43983
9322 3RD AVE STE 502
BROOKLYN NY  11209

▸ Contact your Relationship Manager to discuss
  targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 01, 2022  -  JUNE 30, 2022

**Commercial Checking  00007528142677**                                                            **552 OVINGTON LLC**

| | | | |
|---|---|---|---|
| Previous Balance  05/31/22 | $1,170.82 | Number of Days in Cycle | 30 |
| 1 Deposits/Credits | $2,000.00 | Minimum Balance This Cycle | $1,170.82 |
| 1 Checks/Debits | ($1,668.94) | Average Collected Balance | $1,501.88 |
| Service Charges | $0.00 | | |
| Ending Balance 06/30/22 | $1,501.88 | | |

## ACCOUNT DETAIL    FOR PERIOD JUNE 01, 2022  -  JUNE 30, 2022

**Commercial Checking 00007528142677**                                                             **552 OVINGTON LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/01 | Book transfer credit FROM ...5520 | $2,000.00 | | $3,170.82 |
| 06/01 | Wire transfer withdrawal WELLS FARGO BANK  N.A. 060122 USD0009979207 | | $1,668.94 | $1,501.88 |
| Total | | $2,000.00 | $1,668.94 | |

*Thank you for banking with us.*                                                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2022 Capital One. All rights reserved.



MEMBER
FDIC  EQUAL HOUSING LENDER

| | |
|---|---|
| 12:11 PM | **552 Ovington LLC** |
| 07/14/22 | **Profit & Loss** |
| Cash Basis | June 2022 |

| | Jun 22 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| 63400 · Interest Expense (Interest paymen... | |
| 63405 · Adequate Protection Fee | 1,668.94 |
| Total 63400 · Interest Expense (Interest pa... | 1,668.94 |
| **Total Other Expense** | 1,668.94 |
| **Net Other Income** | -1,668.94 |
| **Net Income** | -1,668.94 |

12:10 PM
07/14/22

# 552 Ovington LLC
## Reconciliation Detail
11500 · Capital One Bank 2677, Period Ending 06/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,170.82 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 06/01/2022 | | Wells Fargo | X | -1,668.94 | -1,668.94 |
|     Total Checks and Payments | | | | | -1,668.94 | -1,668.94 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 06/01/2022 | | | X | 2,000.00 | 2,000.00 |
|     Total Deposits and Credits | | | | | 2,000.00 | 2,000.00 |
|   Total Cleared Transactions | | | | | 331.06 | 331.06 |
| **Cleared Balance** | | | | | 331.06 | 1,501.88 |
|   **Uncleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 02/11/2022 | 1002 | U.S. Trustee | | -250.00 | -250.00 |
|     Total Checks and Payments | | | | | -250.00 | -250.00 |
|   Total Uncleared Transactions | | | | | -250.00 | -250.00 |
| **Register Balance as of 06/30/2022** | | | | | 81.06 | 1,251.88 |
| **Ending Balance** | | | | | **81.06** | **1,251.88** |